## RICHMOND MINING CO. *v.* EUREKA MINING CO.
## SAME *v.* SAME.

APPEALS FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE DISTRICT OF NEVADA.

Nos. 116 and 117.   Argued March 25 and 30, 1881. — Decided April 25, 1881.

*Richmond Mining Co.* v. *Eureka Mining Co.*, 103 U. S. 839, followed.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

These are suits in equity and are dependent on the suit in ejectment between the same parties which has just been decided.

The decrees of the Circuit Court are affirmed for the reasons stated in the opinion filed in that case.                    *Affirmed.*

*Mr. Thomas Wren, Mr. P. Phillips* and *Mr. S. M. Wilson* for appellant.

*Mr. T. T. Crittenden* and *Mr. Harry I. Thornton* for appellee.

---

## WHITNEY *v.* FIRST NAT. BANK OF BRATTLEBORO.

ERROR TO THE SUPREME COURT OF THE STATE OF VERMONT.

No. 125.   Argued December 8, 1880. — Decided December 20, 1880.

*National Bank* v. *Graham*, 100 U. S. 699, followed.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

This case is clearly settled by that of *National Bank* v. *Graham*, 100 U. S. 699.   The identical question there decided is presented by the record, and we have no doubt it was the only question considered by the Supreme Court of the State.   We certainly cannot say, from anything that appears in the bill of exceptions, that there might not have been enough evidence of negligence on the trial in the lower court to make it necessary to send the case to the jury. There is nothing whatever in the record to indicate that the positive instruction to the jury to bring in a verdict for the defendant below was based on anything else than a ruling that, as a matter of law, a national bank was not liable for the loss of special deposits.

The judgment is reversed and the cause remanded with instructions to reverse the judgment of the county court, and award a *venire de novo.*                    *Reversed.*

*Mr. Charles N. Davenport* for plaintiff in error.

*Mr. E. J. Phelps* for defendant in error.